NATHAN DAVIS et al., Appellants, *v.* LAW UNION AND ROCK INSURANCE COMPANY, LIMITED, et al., Respondents.

Supreme Court, Appellate Term, Second Department, February 16, 1938.

*Jacob Rubenstein* and *Max Schulman* for appellants.

*John L. Fletcher* for respondents.

Judgment affirmed, with $25 costs.

Concur: MacCRATE, LEWIS and CONWAY, JJ.